**Kelly B. LANGLEY; Classic Clips, L.C., Plaintiffs–Appellants,**

v.

**CHASE BANK USA NA, Defendant–Appellee.**

No. 10–10876.

United States Court of Appeals, Fifth Circuit.

June 22, 2011.

Marc R. Stanley, Esq., Martin Woodward, Attorney, Stanley Iola, L.L.P., Dallas, TX, for Plaintiffs–Appellants.

Gordon M. Shapiro, Jackson Walker, L.L.P., Dallas, TX, Julia Strickland, David Wesley Moon, Stroock, Stroock & Lavan, L.L.P., Los Angeles, CA, for Defendant–Appellee.

Before JOLLY and HAYNES, Circuit Judges, and VANCE *, District Judge.

PER CURIAM: **

Kelly Langley and his company, Classic Clips, individually, and on behalf of a puta-

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

tive class, sued Chase Bank for alleged breaches of the implied duty of good faith and fair dealing under Delaware law arising out of a business loan transaction. The district court granted Chase Bank's motion to dismiss for failure to state a claim, reasoning that the facts stated in the complaint, taken as true, did not state a claim for breach of that duty. Having reviewed and considered the pertinent portions of the record, the parties' briefing, and their oral arguments in light of Delaware law, we conclude that the district court made no error warranting reversal. *Nemec v. Shrader,* 991 A.2d 1120 (Del. 2010). Accordingly, the judgment of the district court is AFFIRMED.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.